United States Bankruptcy Court for the:

WESTERN DISTRICT OF WASHINGTON

Case number *(if known)* _____ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Del Ray II LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-3029419** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **5600 Mt. Solo Rd.**<br>**Longview, WA 98632-9439**<br>Number, Street, City, State & ZIP Code | **PO Box 2844**<br>**Battle Ground, WA 98604**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Cowlitz**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____5311_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
  Contact name _____
  Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | Del Ray II LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 25, 2026**
          MM / DD / YYYY

**X**   **/s/ Brooke Torres**             **Brooke Torres**
Signature of authorized representative of debtor      Printed name

Title    **Manager**

**18. Signature of attorney**

**X**   **/s/ Timothy J. Conway**          Date   **March 25, 2026**
Signature of attorney for debtor                 MM / DD / YYYY

**Timothy J. Conway 52204**
Printed name

**Tonkon Torp LLP**
Firm name

**1300 SW 5th Ave.**
**Suite 2400**
**Portland, OR 97201**
Number, Street, City, State & ZIP Code

Contact phone   **503-221-1440**      Email address   **tim.conway@tonkon.com**

**52204 WA**
Bar number and State

Timothy J. Conway, WSBA No. 52204
 Direct: (503) 802-2027
 Email: tim.conway@tonkon.com
Michael W. Fletcher, WSBA No. 52208
 Direct: (503) 802-21269
 Email: michael.fletcher@tonkon.com
TONKON TORP LLP
 1300 SW Fifth Avenue, Suite 2400
 Portland, OR 97201
Main: (503) 221-1440
Facsimile: (503) 274-8779
 *Attorneys for Debtor*

Judge: _____
Chapter: 11

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF WASHINGTON

(TACOMA DIVISION)

In re:

DEL RAY II LLC,

                    Debtor.

Case No.

**DISCLOSURE OF COMPENSATION OF ATTORNEYS FOR DEBTOR**

Tonkon Torp LLP ("Tonkon"), pursuant to Bankruptcy Rule 2016(b), states that:

1. Tonkon has been engaged by Debtor to act as its general bankruptcy counsel in this case.

2. In the 12 months preceding the filing of this Chapter 11 case, Tonkon received a $31,062.50 payment for fees and costs on March 17, 2026, for time incurred through February 28, 2026. The source of this payment was Brooke Torres, the Manager of Debtor and a member of the sole member of Debtor.

3. On March 25, 2026, immediately prior to filing the Petition, Tonkon received an additional $60,155.00 payment for fees and costs, which includes the bankruptcy filing fee of $1,738, for time incurred through March 24, 2026. The source of $14,000 of this payment was Debtor, and the source of the remainder was Brooke Torres, the Manager of Debtor and a member of the sole member of Debtor.

DISCLOSURE OF COMPENSATION OF ATTORNEYS FOR
DEBTOR - 1

4. The filing fee for commencing this Chapter 11 case will be paid in full.

5. The source of payments to be made by Debtor to Tonkon for legal services, filing fees, and costs incurred in or in connection with this case will be from Debtor and from property of the bankruptcy estate. Tonkon has not shared or agreed to share with any person, other than its members, any compensation paid or to be paid.

DATED: March 25, 2026.

TONKON TORP LLP


By: */s/ Timothy J. Conway*
 Timothy J. Conway, WSBA No. 52204
  Direct: (503) 802-2027
  Email: tim.conway@tonkon.com
 Michael W. Fletcher, WSBA No. 52208
  Direct: (503) 802-21269
  Email: michael.fletcher@tonkon.com
 Main: (503) 221-1440
 Facsimile: (503) 274-8779

*Attorneys for Debtor*

046109\00001\19372985v1

DISCLOSURE OF COMPENSATION OF ATTORNEYS FOR
DEBTOR - 2

TONKON TORP LLP
1300 SW 5th Ave., Suite 2400
Portland, OR 97201
503.221.1440

Fill in this information to identify the case:

Debtor name **Del Ray II LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF WASHINGTON**

Case number (if known): _____

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim *If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim.* | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Broer & Passannante, P.S. 8904 NE Hazel Dell Ave. Vancouver, WA 98665** | | **Legal services.** | | | | **$18,921.73** |
| **Pioneer Energy Management PO Box 2640 Westerville, OH 43086** | | **Submetering/electricity management services.** | **Unliquidated** | | | **$8,778.38** |
| **All Season Lawn Care & Contractor 807 Elizabeth Street Kelso, WA 98626** | | **Landscaping services.** | | | | **$5,675.00** |
| **Campos Landscaping 508 NW 133rd Street Vancouver, WA 98685** | | **Landscaping services.** | **Unliquidated** | | | **$5,162.76** |
| **Paylease, LLC dba Zego c/o Global Payments, Inc. 3550 Lenox Rd. NE, Ste. 3000 Atlanta, GA 30326** | | **Rent payment software.** | **Unliquidated** | | | **$500.00** |
| **Public Utility Dist. No. 1 of Cowlitz County Ref: 5133311 PO Box 3007 Longview, WA 98632** | | **Utility.** | **Unliquidated** | | | **$50.00** |

**Fill in this information to identify the case:**

Debtor name     **Del Ray II LLC**

United States Bankruptcy Court for the:     WESTERN DISTRICT OF WASHINGTON

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule* _____
■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 25, 2026**          *X* **/s/ Brooke Torres**
                                          Signature of individual signing on behalf of debtor

                                          **Brooke Torres**
                                          Printed name

                                          **Manager**
                                          Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

All Out Sewer & Drain Svcs.
3303 Washington Way
Unit D
Longview, WA 98632


All Season Lawn Care
   & Contractor
807 Elizabeth Street
Kelso, WA 98626


Attorney General for State of
   Washington
Bankruptcy & Collections Unit
800 Fifth Ave., 20th Floor
Seattle, WA 98104


Broer & Passannante, P.S.
8904 NE Hazel Dell Ave.
Vancouver, WA 98665


David Callaham
2023 NW Columbia Summit Dr.
Camas, WA 98607


David Callaham
c/o Mark Stoker
PO Box 611
Vancouver, WA 98666


Campos Landscaping
508 NW 133rd Street
Vancouver, WA 98685


City of Longview
Ref #: 21-27-3696-13
Ref #: 21-27-3702-13
1525 Broadway
Longview, WA 98632


Cowlitz Cty. Treasurer
207 N 4th Ave
Kelso, WA 98626

IRS
Centralized Insolvency Operati
POB 7346
Philadelphia, PA 19101-7346


KeyBank NA
c/o Matt R. Moriarity
Polsinelli
900 W. 48th Pl., Ste. 900
Kansas City, MO 64112


LCS
London Computer Systems
9140 Waterstone Blvd.
Cincinnati, OH 45249


Olsen Branson PLLC
205 S Meridian
Puyallup, WA 98371


Paylease, LLC dba Zego
c/o Global Payments, Inc.
3550 Lenox Rd. NE, Ste. 3000
Atlanta, GA 30326


Philadelphia Ins. Companies
PO Box 70251
Newark, DE 19716


Pioneer Energy Management
PO Box 2640
Westerville, OH 43086


Public Utility Dist. No. 1
of Cowlitz County
Ref: 5133311
PO Box 3007
Longview, WA 98632


State of Washington
Dept. of Revenue
Bankruptcy/Claims Unit
2101 4th Ave. #1400
Seattle, WA 98121

Brooke Torres
PO Box 4219
Scottsdale, AZ 85261


Christian Torres
300 Biscayne Blvd. Way
Apt. # 4909
Miami, FL 33131


Trimont Lending
101 S. Tyron St., Ste. 1400
310961315-000796220, NC 28280


US Attorney's Office
Attn: Bankruptcy Assistant
700 Stewart St., Room 5220
Seattle, WA 98101


Michael & Denise Werner
10009 E Evergreen Hwy.
Vancouver, WA 98664


Wilmington Trust, NA
As Trustee for Bank 2022-BNK44
Michelle Ghidotti, Esq.
144 Railroad Ave., Ste. 236
Edmonds, WA 98020-4100